AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PLAINTIFF,

Darryl Leggett

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,

CASE NUMBER: CV-09-0090-LRS

Maggie Miller-Stout, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Voluntarily Dismiss Complaint (Ct. Rec. 10) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to waive collection of the remaining filing fee (Ct. Rec. 11) is also GRANTED and the institution having custody of Mr. Leggett shall cease collection of the filing fee in this action.

May 20, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson